IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUSHAK HOVAKIMYAN A-244-545-595, | ) ) ) | Case No. 5:26-cv-02903-KJM |
| Petitioner, | ) ) ) | ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS |
| vs. | ) ) ) | |
| MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security; ET AL., | ) ) ) ) ) | |
| Respondents. | ) ) ) | |

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS

On May 28, 2026, Petitioner Manushak Hovakimyan (A-244-545-595) ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241. ECF No. 1. Petitioner seeks an order requiring Respondents Markwayne Mullin, Secretary of the U.S. Department of Homeland Security, et al. (collectively, "Respondents") to release her from immigration detention. Petitioner is currently detained at the Adelanto Detention Facility. *Id.* at 3 ¶ 6.

On June 4, 2026, Respondents filed an Answer to the Petition. ECF No. 8. Therein, Respondents state that they "are not presenting an opposition argument at this time." *Id.* at 2.

On June 4, 2026, Petitioner filed a Traverse in Support of the Petition and Response to the Answer.  ECF No. 9.

The Court elects to decide this matter without a hearing and based on the written submissions, pursuant to Federal Rule of Civil Procedure 78(b).

The Court has carefully considered the memoranda, applicable law, and the record in this case.

Based on Respondents' non-opposition to the Petition, the Court GRANTS the Petition.  *See Soleimani v. Larose*, Case No.: 25-cv-3082-DMS-DEB, 2025 WL 3268412, *3 (S.D. Cal. 2025) (granting habeas petition where government's answer to the petition did not respond to all claims in the petition, including a Fifth Amendment due process claim); *Singh v. Chiang*, Case No. ED CV 25-3024 FMO (SP), 2025 WL 4058328, *4 (C.D. Cal. 2025) (construing government's failure to oppose argument raised by habeas petitioner as a concession).

//

//

//

//

//

//

//

2

CONCLUSION

The Court ORDERS Respondents to IMMEDIATELY RELEASE Petitioner Manushak Hovakimyan (A# 244-545-595) from custody within 24 hours of this Order.  At the time of release, Respondents must return all of Petitioner's documents and possessions.  Respondents must file a notice of compliance with this Order by **June 8, 2026**.  If release is delayed for any reason, Respondents shall promptly notify the Court.

Respondents are ENJOINED and RESTRAINED from re-detaining Petitioner absent compliance with constitutional protections.

Upon receipt of confirmation that Petitioner has been released, judgment will issue and the Court will close the case.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, June 4, 2026.



Kenneth J. Mansfield
United States Magistrate Judge

*Hovakimyan v. Mullin, et al.*, Case No. 5:26-cv-02903-KJM; Order Granting Petition for Writ of Habeas Corpus

3