JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUSHAK HOVAKIMYAN<br>A-244-545-595,<br><br>Petitioner,<br><br>vs.<br><br>MARKWAYNE MULLIN, Secretary<br>of the U.S. Department of Homeland<br>Security; ET AL.,<br><br>Respondents.<br>_____ | Case No. 5:26-cv-02903-KJM<br><br>JUDGMENT |

<u>JUDGMENT</u>

Pursuant to the Order Granting Petition for Writ of Habeas Corpus

(ECF No. 10), IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the

Petition for Writ of Habeas Corpus (ECF No. 1) is granted.  Respondents report

that Petitioner has been released from custody (ECF No. 11).  The Court therefore

DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, June 9, 2026.



Kenneth J. Mansfield
United States Magistrate Judge

*Hovakimyan v. Mullin, et al.*, Case No. 5:26-cv-02903-KJM; Judgment